UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TALITA MELLO CLARK,<br><br>　　　　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　　　　　　　　　Defendant(s). | Case No. 2:14-CV-1273 JCM (VCF)<br><br>ORDER |

　　　　Presently before the court is *Clark v. State Farm Mutual Automobile Insurance Company*, case number 2:14-cv-01273-JCM-VCF.

　　　　This case involves insurance claims arising from an automobile collision.  On or about May 21, 2013, plaintiff was involved in a motor vehicle accident where an adverse driver rear ended her.  (*See* doc. # 10).

　　　　On October 15, 2014, the parties filed stipulations and orders for private binding arbitration, to stay court proceedings (doc. # 17), and to dismiss with prejudice plaintiff's second and third causes of action and plaintiff's claims for punitive and exemplary damages (doc. # 18). The parties agreed that plaintiff's only remaining claim, breach of contract, would be resolved through binding arbitration.  (*See id.*).

　　　　The parties also agreed that the matter would be stayed pending the completion of the arbitration and expressly waived any right to trial by a judge or jury and any right to appeal the arbitrator's award or any other order made by the arbitrator.  (*See id.*).  Further, upon the binding decision of the arbitrator regarding plaintiff's breach of contract claim, the parties stipulate to

**James C. Mahan**
**U.S. District Judge**

dismissal of this action, with prejudice. (*See id.*). The court granted these stipulations on October 16, 2014, and set a status check hearing for April 6, 2015. (Docs. ## 21, 22).

At the status check hearing, the parties represented that binding arbitration had been completed, an award had been issued, and dismissal of the instant case was appropriate. (Doc. # 24).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the case of *Clark v. State Farm Mutual Automobile Insurance Company*, case number 2:14-cv-01273-JCM-VCF be, and the same hereby is, DISMISSED with prejudice. The clerk is ordered to close the case.

DATED April 6, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -